```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

TONJA CARSTARPHEN,                  :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :     CIVIL ACTION 15-0513-WS-M
                                    :
CAROLYN W. COLVIN,                  :
Commissioner of Social Security,    :
                                    :
    Defendant.                      :

<u>ORDER</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be **AFFIRMED** and that this action be **DISMISSED**.

DONE this 26th day of May, 2016.

                      <u>s/WILLIAM H. STEELE</u>
                      CHIEF UNITED STATES DISTRICT JUDGE