```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

TONJA CARSTARPHEN,                  :
                                    :
    Plaintiff,                     :
                                    :
vs.                                 :   CIVIL ACTION 15-0513-WS-M
                                    :
CAROLYN W. COLVIN,                  :
Commissioner of Social Security,    :
                                    :
    Defendant.                     :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Tonja Carstarphen.

DONE this 26th day of May, 2016.

                                s/WILLIAM H. STEELE
                                CHIEF UNITED STATES DISTRICT JUDGE